# Order

Michigan Supreme Court
Lansing, Michigan

November 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135045 & (12)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

MICHAEL BROWN,
   Defendant-Appellant.

SC: 135045
COA: 279697
Wayne CC: 84-004734

_____/

On order of the Court, the application for leave to appeal the August 30, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion for miscellaneous relief is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

_____
Clerk

d1119